JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD WILLIAMSON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>3010 S. FIGUEROA, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00235-MWF-JPR<br><br>*Hon. Michael W. Fitzgerald*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 11, 2021<br>Trial Date:　Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Todd Williamson's action against Defendant 3010 S. Figueroa, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 1, 2021

MICHAEL W. FITZGERALD
United States District Judge